A





# Walmart ⁙
### Save money. Live better.

```
WE SELL FOR LESS
MANAGER MARIE ALICE
( 281 ) 983 - 7000
ST# 0915 OP# 00005234 TE# 92 TR# 09651
MONEY ORDER  06083680C309     1,000.00 0
ORDER FEE    06011313165051       0.60 N
                    SUBTOTAL   1,000.60
                       TOTAL   1,000.60
              CASH   TEND      1,000.60
                   CHANGE DUE      0.00

MONEY ORDER SERIAL NUMBERS
20158098239 - 1,000.00


# ITEMS SOLD 2

TC# 4251 6025 2883 8646 2668

Find simple tips and earth-friendly
products at walmart.com/green
08/10/09       11:17:10
```

PETITIONER'S
EXHIBIT